Lloyd Beverly HART, Appellant, v. UNITED STATES of America.

No. 14447.

United States Court of Appeals
Eighth Circuit.

Sept. 17, 1951.

Lloyd Beverly Hart, pro se.

PER CURIAM.

Appeal from District Court dismissed because frivolous and wholly without merit.

INLAND WATERWAYS CORPORATION et al., Appellants, v. Sophie BOCHANTIN, Natural Guardian of Robert and Joseph Bochantin, Minors.

No. 14433.

United States Court of Appeals
Eighth Circuit.

Sept. 18, 1951.

Drake Watson, U. S. Atty., and William V. O'Donnell, Asst. U. S. Atty., St. Louis, Mo., for appellant.

Harry Gershenson and Sullivan, Finley & Lucas, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellants. 96 F.Supp. 234.

John Phillip MEDLEY, Petitioner, v. Ralph N. EIDSON, Warden, Missouri State Penitentiary.

No. 14453.

United States Court of Appeals
Eighth Circuit.

Sept. 15, 1951.

Writ of Certiorari Denied Nov. 13, 1951.

See 72 S.Ct. 170.

John Phillip Medley, pro se.

PER CURIAM.

Motion of Petitioner for leave to proceed on attempted appeal denied.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 1, A. F. OF L.

No. 14434.

United States Court of Appeals
Eighth Circuit.

Sept. 12, 1951.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on settlement stipulation filed with Board, and petition for enforcement.